IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANCOURT WOODELL, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 18-1098 |
| | : | |
| v. | : | |
| | : | |
| DR. STEPHEN WEINER, M.D.O.; | : | |
| PHYSICIAN ASSISTANT STEPHEN | : | |
| KAMINSKY; LICENSED NURSE | : | |
| PRACTITIONER JEANNE | : | |
| DE FRANGESCO; CORRECTIONS | : | |
| HEALTH CARE ADMINISTRATOR JOE | : | |
| KORSZNIAK; REGISTER NURSE | : | |
| SUPERVISOR BOB GROSSMAN; | : | |
| TOMASZ BORZECKI, L.P.N.; SAM DOE, | : | |
| L.P.N.; JAIME LINK, R.N.; | : | |
| SUPERINTENDENT CYNTHIA LINK; | : | |
| DEPUTY SUPERINTENDENT LAURA | : | |
| BANTA; DEPUTY SUPERINTENDENT | : | |
| GEORGE ONDREJKA; JOSEPH TERRA | : | |
| (now Deputy Superintendent); | : | |
| SUPERINTENDENT TAMMY | : | |
| FERGUSON; DEPUTY | : | |
| SUPERINTENDENT MANDY SIPPLE; | : | |
| now acting CORRECTION HEALTH | : | |
| CARE ADMINISTRATOR, DONNA | : | |
| VARNER; PA.D.O.C. CHIEF | : | |
| GRIEVANCE & APPEALS | : | |
| COORDINATOR, JOHN SILVA | : | |
| (m.s. Silvia); and PA.D.O.C. BUREAU OF | : | |
| HEALTH CARE SERVICES, sued in their | : | |
| individual and official capacities, | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

   **AND NOW**, this 4th day of September, 2020, after considering the fifth amended complaint filed by the *pro se* plaintiff, Rancourt Woodell ("Woodell") (Doc. No. 105); and the court having reviewed the fifth amended complaint pursuant to the screening powers under 28

U.S.C. § 1915(e)(2)(B); and, for the reasons stated in the separately filed memorandum opinion; it is hereby **ORDERED** as follows:

1. The clerk of court is **DIRECTED** to **REMOVE** this action from civil suspense and **RETURN** it to the undersigned's active docket;

2. Woodell's fifth amended complaint (Doc. No. 105) is **DISMISSED WITH PREJUDICE** except for any official capacity claims against Cynthia Link, Laura Banta, George Ondrejka, Joseph Terra, Tammy Ferguson, Mandy Sipple, Dorina Varner, and John Silva, which are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

3. Woodell does not have leave to file a sixth amended complaint; and

4. The clerk of court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.